**Slip Op. 11-62**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SEAH STEEL CORPORATION, <br><br>       Plaintiff, <br><br>   v. <br><br> UNITED STATES, <br><br>       Defendant, <br><br>   and <br><br> BRISTOL METALS, <br><br>       Defendant-Intervenor. | **Before: Gregory W. Carman, Judge** <br><br> Court No. 09-00248 |

## JUDGMENT

Upon consideration of Department of Commerce's Second Results of Redetermination Pursuant to Remand (ECF No. 90), upon comments in which all parties concur with affirmance of that remand determination (ECF Nos. 93, 97, and 98), upon all other pertinent papers, and pursuant to USCIT R. 54, it is hereby

     **ORDERED** that judgment is entered sustaining the Second Results of Redetermination Pursuant to Remand; and it is further

     **ORDERED** that this case is dismissed.

                               /s/Gregory W. Carman   
                               Gregory W. Carman, Judge

Dated:     May 26, 2011
             New York, NY